UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL T. McLAUGHLIN, <br><br> Plaintiff <br><br> v. <br><br> NDOC INFIRMARY, *et al.,* <br><br> Defendants | Case No.  2:21-cv-00002-RFB-BNW <br><br> **ORDER** |

**I.     DISCUSSION**

On January 6, 2021, this Court ordered Plaintiff to file an application to proceed *in forma pauperis* or pay the full $402 filing fee to initiate this matter within thirty days from the date of the order (ECF No. 3).

Upon further review of Plaintiff's filing at ECF No. 1-1, the Court notes that Plaintiff did not file a complaint.  Instead, Plaintiff submitted a motion for temporary restraining order at ECF No. 1-1.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court."  Fed. R. Civ. P. 3.   As such, the Court grants Plaintiff until **February 5, 2021** to submit a complaint to this Court.

If Plaintiff is unable to file a complaint on or before **February 5, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to file a complaint.  A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff will submit a complaint to this Court on or before **February 5, 2021.**

IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.  The

Clerk of the Court will also send Plaintiff a copy of his motion for temporary restraining order at ECF No. 1-1.

IT IS FURTHER ORDERED that, if Plaintiff does not file a complaint on or before **February 5, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint.

DATED: January 11, 2021.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

.