UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL T. McLAUGHLIN,<br><br>　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>NDOC INFIRMARY, *et al.*<br><br>　　　　　　　　　　Defendants | Case No.  2:21-cv-00002-RFB-BNW<br><br>**ORDER** |

**I.    DISCUSSION**

On January 6, 2021, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action within thirty days from the date of the order.  (ECF No. 3).  Thereafter, on January 11, 2021, this Court ordered Plaintiff to also file a complaint with the Court on or before February 5, 2021.  (ECF No. 4).  On January 21, 2021, Plaintiff filed a motion for extension of time to file his fully complete application to proceed *in forma pauperis*.  (ECF No. 6).

The Court grants Plaintiff's motion for an extension of time at ECF No. 6.  Plaintiff shall file a complaint and a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee on or before **March 8, 2021**.  Absent unusual circumstances, the Court will not grant any further extensions of time.

If Plaintiff is unable to file a complaint and a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $402 filing fee on or before **March 8, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is either able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint and has all three documents needed to submit with an application to proceed *in forma*

*pauperis*. Alternatively, Plaintiff may choose not to file an application to *proceed in forma pauperis* and instead pay the full filing fee of $402 on or before **March 8, 2021**.

With respect to Plaintiff's application to appeal *in forma pauperis* at ECF No. 5, it is unclear to the Court whether Plaintiff is attempting to file an appeal, whether he is seeking *in forma pauperis status* from the court of appeals, or whether he is submitting this form as part of his *in forma pauperis* application to the Court. If Plaintiff is seeking *in forma pauperis* status in this Court, he must use the approved form.

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion for extension of time (ECF No. 6) is granted.

IT IS FURTHER ORDERED that Plaintiff's application to appeal *in forma pauperis* (ECF No. 5) is denied without prejudice.

IT IS FURTHER ORDERED that Plaintiff will submit a complaint to this Court on or before **March 8, 2021**.

IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. The Clerk of the Court will also send Plaintiff a copy of his motion for temporary restraining order at ECF No. 1-1.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **March 8, 2021**, Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

      official (i.e. page 4 of this Court's approved form), and

      (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

      IT IS FURTHER ORDERED that, if Plaintiff does not file a complaint and a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **March 8, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint and has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

      DATED: January 22, 2021.

                                                         UNITED STATES MAGISTRATE JUDGE