UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL T. McLAUGHLIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NDOC INFIRMARY, et al<br><br>　　　　　Defendants. | Case No. 2:21-cv-00002-RFB-BNW<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE**<br>MICHAEL T. McLAUGHLIN,<br>**#83**193 |

TO:　　WILLIAM HUTCHINGS, WARDEN, SOUTHERN DESERT CORRECTIONAL CENTER, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **MICHAEL T. McLAUGHLIN, #83193**, is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada..

**IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall arrange for and produce **MICHAEL T. McLAUGHLIN, #83193,** on or about Tuesday, August 17, 2021, at the hour of 8:00 a.m., for a **videoconference** hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **MICHAEL T. McLAUGHLIN, #83193,** is released and discharged by the said Court; and that **MICHAEL T. McLAUGHLIN, #83193**, shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 3rd day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**