MICHAEL T. McLAUGHLIN #83193
SDCC
P.O. BOX 208
INDIAN SPRINGS, NV.
89070

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL T. McLAUGHLIN,
   PLAINTIFF

CASE No. 2:21-CV-00002-RFB-BNW

VS.

MOTION TO ADD PARTIES

NDOC, INFIRMARY, et al
   Defendants

COMES NOW, PLAINTIFF, MICHAEL T. McLAUGHLIN, WITH A MOTION TO ADD PARTIES AND POTENTIALLY BE ABLE TO AMEND THE COMPLAINT IN ADDING THE PARTIES.

THIS FOREGOING MOTION IS MADE BASED UPON PAPERS AND PLEADINGS THAT ARE ON FILE WITH THE COURT AND THE POINTS AND AUTHORITIES CONTAINED HEREIN.

Page - ___

ADDITIONAL FACTS OF THE CASE:

POINTS AND AUTHORITIES

I   On the 30th day of December, 2021, Plaintiff did received a copy of the proposed scheduling order, filed on December 27, 2021 as Document #38.

The only date contained in the proposed scheduling order that this Plaintiff disagrees with is the Amendment of Pleadings and Addition of Parties and the notion that the deadline to do either of those things should expire on the day that I receive the proposed order for scheduling.

(1.) The fact that I am still learning who all is actually involved and the names of all active participants be they directly or indirectly so I can name them in the case caption.

(2) The Plaintiff does not wish to waste the courts time by only presenting a claim which only establishes respondeat superior and wants to name defendants that participated directly in the constitutional violation, exhibited deliberate indifference, or created a policy or custom under which those constitutional violations occurred, or allowed the policy or custom to continue

(3) As Plaintiff, I counter-propose that all the dates that were submitted by the Attorney General's Office by Deputy Attorney General Nathan C. Holland for the defendants be extended by 1 month, meaning: Amendment of Pleadings and Addition of Parties would be January 30, 2022; Disclosure of Expert Witnesses, March 1, 2022; Rebuttal Experts Disclosure March 30, 2022; Dispositive Motions May 16, 2022; the date for the Joint

Page __

1. PRETRIAL ORDER OF JUNE 15, 2022 IS FINE AND ACCEPTABLE, AND IN THE EVENT OF ANY DISPOSITIVE MOTIONS BEING FILED A (30) THIRTY DAY SUSPENSION IS ACCEPTABLE. THE WRITTEN DISCOVERY MUST BE SERVED BY FEBRUARY 28, 2022. RESPONSES WILL BE DUE (30) THIRTY DAYS FROM THAT DATE, OR MARCH 28, 2022.

(4) THE REST OF THE PROPOSED SCHEDULING ORDER IS ACCEPTABLE.

II. NAMES OF PARTIES TO BE ADDED

1) NDOC (SDCC NURSE) DONNA ABRAM
2) NDOC (SDCC DON NURSE) BOB FAULKNER
3) NDOC (SDCC MEDICAL DIRECTOR) DR. MICHAEL MINEV

**ORDER**

IT IS ORDERED that ECF No. 40 is DENIED without prejudice. If Plaintiff seeks to add defendants to this case, he must file an appropriate motion (to amend his complaint or add parties). He must also attach a copy of his proposed amended complaint that adds the additional defendants. See LR 15-1(a) ("Unless the court orders otherwise, the moving party must attach the proposed amended pleading to a motion seeking leave of the court to file an amended pleading. The proposed amended pleading must be complete in and of itself without reference to the superseded pleading and must include copies of all exhibits referred to in the proposed amended pleading.").

**IT IS SO ORDERED**
**DATED:** 11:49 am, January 11, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Page __

## CERTIFICATE OF SERVICE BY MAILING

I, MICHAEL T. McLAUGHLIN, hereby certify, pursuant to NRCP 5(b), that on this ____ day of _____, 20___, I mailed a true and correct copy of the foregoing, "OPPOSITION TO THE DEFENDANTS PROPOSED SCHEDULING ORDER" by placing document in a sealed pre-postage paid envelope and deposited said envelope in the United State Mail addressed to the following:

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
333 LAS VEGAS BLVD So. #1334
LAS VEGAS, NEVADA
89101

OFFICE OF THE ATTORNEY GENERAL
STATE OF NEVADA
100 N. CARSON STREET
CARSON CITY, NEVADA 89701
ATTN: NATHAN C. HOLLAND #15247

CC:FILE

**DATED:** this ____ day of _____, 20___.

MICHAEL T. McLAUGHLIN
_Michael T. McLaughlin_     #83193
/In Propria Personam
Post Office Box 208, S.D.C.C.
Indian Springs, Nevada 89018
IN FORMA PAUPERIS:

# AFFIRMATION
## Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding _____

OPPOSITION TO PROPOSED SCHEDULING ORDER
(Title of Document)

filed in District Court Case number 2821-CV-00002-RFB-BNW

✸ Does not contain the social security number of any person.

-OR-

☐ Contains the social security number of a person as required by:

A. A specific state or federal law, to wit:

_____
(State specific law)

-or-

B. For the administration of a public program or for an application for a federal or state grant.

Michael J. McLaughlin                     1-1-2022
Signature                                 Date

MICHAEL T. MCLAUGHLIN
Print Name

PLAINTIFF IN PRO PER
Title

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
            COUNSEL/PARTIES OF RECORD    1-6-2022

         JAN 10 2022

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ Re: 2:21-CV-00002-RFB-BNW
              DEPUTY
```

Dear Clerk,

    I cannot send copies because the facility I am in keeps cancelling Law Library Services.

    I cannot even serve the Defendant(s) through the Attorney General's Office @ 100 N. Carson Street, Carson City Nevada. 89701

Respectfully.

#83193
Michael J. McLaughlin

MICHAEL T. MCLAUGHLIN #83193
C
BOX 208
INDIAN SPRINGS, NEVADA
89070

LEGAL MAIL



FILED _____ ENTERED _____
_____ RECEIVED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 10 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

☐ CONFIDENTIAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
CLERK OF THE COURT
333 LAS VEGAS BLVD Sc # 1334
LAS VEGAS, NEVADA 89101