# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Michael T. McLaughlin,<br><br>    Plaintiff<br>v.<br><br>NDOC Infirmary, et al.,<br><br>    Defendants | Case No.: 2:21-cv-00002-JAD-BNW<br><br>**Order Dismissing Case**<br><br>[ECF No. 60] |

Based on the parties' stipulation [ECF No. 60] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  **The Clerk of Court is directed to CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
October 28, 2022